IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| TIAQUONTA FULLER, SHEDRICK DAY and SHAMEL SMALLS, | * | |
| Plaintiffs, | * | Civil Action No.: 3:16-cv-00111- HTW-LRA |
| v. | * | |
| CITY OF RIDGELAND, MISSISSIPPI, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND PROPOSED PRELIMINARY SCHEDULE**

This matter came before the Court on Plaintiffs' Unopposed Motion for Extension of Time and Proposed Preliminary Schedule. Having considered the Motion and noting the agreement of the parties, the Court rules as follows:

1. Plaintiffs' Motion is hereby GRANTED;

2. The following preliminary schedule shall be in effect:

   a. Plaintiffs will file an Amended Complaint on May 2, 2016;

   b. Following the filing of Plaintiffs' Amended Complaint on May 2, 2016, Defendant will file a notice of withdrawal of its Original Motion to Dismiss;

   c. Plaintiffs need not file a response to the Original Motion to Dismiss; and

   d. Defendant shall respond to Plaintiffs' Amended Complaint by filing either an Answer or a renewed Motion to Dismiss no later than May 16, 2016.

   e. In the event that Defendant files a renewed Motion to Dismiss, Plaintiffs

    shall file an Opposition thereto no later than June 3, 2016;

  f. Defendant shall file reply papers, if any, no later than June 17, 2016.

SO ORDERED this 29th day of April, 2016.

                s/ HENRY T. WINGATE___
                Hon. Henry T. Wingate

*s/ Melissa M. O'Toole-Loureiro*
Melissa M. O'Toole-Loureiro
Counsel for Plaintiffs Tiaquonta Fuller, Shedrick Day, and Shamel Smalls

*s/ Chelsea Brannon*
Chelsea Brannon
Counsel for Defendant, City of Ridgeland, Mississippi