**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

|  |  |
|---|---|
| **TIAQUONTA FULLER, SHEDRICK DAY,** \* | |
| **SHAMEL SMALLS,** \* | |
| **ADRIAN BEDDINGFIELD and** | |
| **DEVORIS MARTIN,** \* | |
| | |
| **Plaintiffs,** \* | **Civil Action No.:** |
| | 3:16-cv-00111- HTW-LRA |
| **v.** \* | |
| | |
| **CITY OF RIDGELAND, MISSISSIPPI,** \* | |
| | |
| **Defendant.** \* | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PLAINTIFFS' MOTION TO FILE UNDER SEAL**
**PLAINTIFFS' MOTION TO REOPEN CASE AND ACCOMPANYING EXHIBIT**

Pursuant to Local Uniform Civil Rule 79(e), Plaintiffs Tiaquonta Fuller, Shedrick Day, Shamel Smalls, Adrian Beddingfield, and Devoris Martin, through undersigned counsel, hereby request that the Court permit Plaintiffs to file the following documents under seal: Plaintiffs' Motion to Reopen Case and accompanying Exhibit.  In support of this Motion, Plaintiffs state as follows:

1.      Good cause exists for filing Plaintiffs' Motion to Reopen Case and accompanying Exhibit under seal.

2.      Specifically, Plaintiffs' Motion to Reopen Case cites to and attaches as an exhibit this Court's Sealed Order dated September 26, 2016.  *See* ECF No. 26.

3.      Until such time as that Order is unsealed, Plaintiffs wish to respect this Court's designation of that document as confidential.

4.      There will be no prejudice to Defendant, as Defendant has received a copy of this Court's September 26, 2016 Sealed Order, and will receive a full, unredacted copy of Plaintiffs' Motion to Reopen Case and accompanying exhibit.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion to File Under Seal Plaintiffs' Motion to Reopen Case and Accompanying Exhibit.

Dated: October 18, 2016          Respectfully submitted,

/s/ Melissa M. O'Toole-Loureiro
James A. Barnett, Rear Admiral (Ret.) (MSB No. 2032)
Seth A. Rosenthal (admitted *pro hac vice*)
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4000
jbarnett@venable.com
sarosenthal@venable.com

Thomas J. Welling, Jr. (admitted *pro hac vice*)
VENABLE LLP
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, NY 10020
(212) 307-5500
tjwelling@venable.com

Melissa M. O'Toole-Loureiro (admitted *pro hac vice*)
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
(410) 244-7616
mmloureiro@venable.com

John C. Jopling (MSB No. 3316)
MISSISSIPPI CENTER FOR JUSTICE
963 Division Street
Biloxi, MS 39530
(228) 435-7284
jjopling@mscenterforjustice.org

Beth L. Orlansky (MSB No. 3938)
Jessica E. Catchings (MSB No. 104287)
MISSISSIPPI CENTER FOR JUSTICE
5 Old River Place, Suite 203
Jackson, MS 39215
(601) 352-2269
borlansky@mscenterforjustice.org
jcatchings@mscenterforjustice.org

*Attorneys for Plaintiffs Tiaquonta Fuller, Shedrick Day, Shamel Smalls, Adrian Beddingfield, and Devoris Martin*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using

the ECF system, which sent notification of such filing to the following:

**Kelly D. Simpkins**
WELLS MARBLE & HURST, PLLC
P.O. Box 131
Jackson, MS 39205-0131
601/605-6900
ksimpkins@wellsmar.com

/s/    Melissa M. O'Toole-Loureiro